THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO: 5:04-CV-171

| | |
|---|---|
| KENNETH BARTON and SHARON BARTON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| VICKI INGLEDUE, M.D., MARK SCOTT, P.A. and ASHE MEMORIAL HOSPITAL, | ) ) ) ) |
| Defendants. | ) ) |

# CONSENT ORDER GRANTING JOINT MOTION TO TAKE THE DEPOSITION OF PLAINTIFFS' EXPERT, DR. RONALD F. SING, OUTSIDE THE DISCOVERY DEADLINE

**THIS MATTER** is before the Court on the "Joint Motion to Take the Deposition of the Plaintiffs' Expert, Dr. Ronald F. Sing, Outside the Discovery Deadline." Having considered the Motion and the record, the undersigned will grant the Motion as follows:

It is hereby **ORDERED** that the parties are permitted to take the deposition of the Plaintiffs' expert, Dr. Ronald F. Sing, by consent, on April 18, 2006, outside the March 31, 2006 discovery deadline.

**SO ORDERED.**

Signed: April 4, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge

**CONSENTED TO:**

/s/ Richard V. Bennett
Richard V. Bennett Bennett & Guthrie, P.L.L.C. 1560 Westbrook Plaza Drive
Winston-Salem, NC 27103
rbennett@bennett-guthrie.com
*Attorney for Defendant, Vickie Ingledue, M.D.*


/s/ Brenda McClearn
Brenda McClearn, Esq.
Sharpless & Stavola, P.A.
826 N. Elm Street P.O. Box 22106
Greensboro, North Carolina 27420
BSM@sharpless-stavola.com *Attorney for Defendants, Mark Scott, P.A. and Ashe Memorial Hospital*


/s/ Thomas F. Sacchetta
Thomas F. Sacchetta, Esq.
Sacchetta & Baldino 308 East Second Street Media, PA 19063
tom@sbattorney.com
*Attorney for Plaintiffs*